## CITY OF HOBART *v.* STATE OF INDIANA, EX REL. SCHOLLER ET AL.

## SAME *v.* STATE OF INDIANA, EX REL. HALFMAN ET AL.

## SAME *v.* STATE OF INDIANA, EX REL. HOFFMAN ET AL.

[Nos. 24,688, 24,689, 24,690.   Filed December 16, 1926.]

From Lake Superior Court; *Harvey J. Carter,* Special Judge.

Separate actions of mandate by the relators named and others against the city of Hobart, its mayor and members of the common council to compel the council to take action on a petition for disannexation of lands from the city under the act of 1907 (§§11218-11223 Burns 1926).

*E. E. Pierson,* for appellants.
*Roscoe R. Pedicord,* for appellees.

EWBANK, J.—These were actions of mandamus against the city of Hobart and its mayor and members of the common council to compel action upon petitions filed by the several groups of relators for the disannexation from the city of certain lands which relators were alleged to own. The questions involved are fully passed upon and decided in *City of Hobart* v. *State, ex rel.* (1926), *ante* 574, and, on the authority of the decision in that case, the judgment in each of these actions is affirmed.